**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**BENJAMIN D. TARVER,**

      **Plaintiff,**

**v.**                            **Case No: 6:26-cv-1020-PGB-LHP**

**EXPERIAN INFORMATION**
**SOLUTIONS, INC.,**

      **Defendant.**

_____/

## ORDER

This cause is before the Court on the Case Management Report filed by the parties (Doc. 13). The report indicates that the parties have not yet agreed on a mediator. Therefore, the parties are directed to confer and advise the Court on the selection of a mediator and the mediation date within fourteen (14) days from the date of this Order.

**DONE** and **ORDERED** in Orlando, Florida, on July 17, 2026.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record